C. G. Company, Inc., Appellant, v. Standard Accident Insurance Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Emile Meyer, Appellant, v. Samuel E. Price, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

John Connor and Others, Copartners, etc., Appellants, v. United States Guarantee Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Max Resnickoff, an Infant, by His Guardian ad Litem, Julius Resnickoff, Appellant, v. Ranson E. Wilcox, Respondent.—Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Julius Resnickoff, Appellant, v. Ranson E. Wilcox, Respondent.—Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

J. Dennis O'Hagan, Respondent, v. Sarah A. Tracy and Another, as Executrices, etc., of Frank M. Tracy, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Christian A. Heineken, Appellant, v. Dorothy B. Heineken, Respondent. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ. .

The New York Central Railroad Company, Respondent, v. The City of New York, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Dowling, P. J., dissents on authority of Moore v. Rosenmond (238 N. Y. 356). [129 Misc. 917.]

The People of the State of New York, Respondent, v. Joseph Cohen and Another, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

James A. Lagrutta, Respondent, v. Harmon National Real Estate Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Claude Neon Lights, Inc., Respondent, v. Air Reduction Company, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ. [131 Misc. 834.]

Rudolph Allocca, Respondent, v. Chiaet Ornamental Iron Works, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Simon Harry Frank, Respondent, v. Max Schoolar and Another, Appellants. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.